**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

C.B. and A.S., individually and on behalf of     :
their disabled son J.S.,
                      Plaintiffs,     :

                    :

      -against-               :          ORDER

                    :

New York City Department of Education and Kamar :      26 Civ. 01158 (GBD)
H. Samuels,
                     Defendants.    :

                    :

                    :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

GEORGE B. DANIELS, United States District Judge:

This Court having been advised that the parties have reached a settlement (ECF No. 8), the

Clerk of the Court is hereby ORDERED to close the above-captioned action, without prejudice to

restoring the action to this Court's calendar if an application to restore is made within thirty (30)

days of this Order.

All deadlines and conferences previously scheduled are adjourned *sine die*.

Dated: **JUN 0 9 2026**
      New York, New York

                                   SO ORDERED.

                                   *George B. Daniels*

                                   GEORGE B. DANIELS
                                   United States District Judge

1